Núm. 53.—IN RE RIVAS, querellado.— Noviembre 6, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

POR CUANTO, en julio 22, 1940, las peticionarias Ramona y Felícita González Fernández radicaron un escrito en la Secretaría de esta Corte solicitando la iniciación de un procedimiento de disbarment contra el abogado Aureliano Rivas Rosario;

POR CUANTO, este Tribunal ordenó al Fiscal que practicara una investigación de los hechos denunciados, requiriéndolo para que rindiera el informe y recomendaciones que fueran procedentes;

POR CUANTO, el Fiscal de este Tribunal practicó dicha investigación y en su informe expresa haber llegado a las siguientes conclusiones:

"1. Que el querellado obtuvo sentencia a su favor en pleito por él entablado contra las querellantes en la Corte de Distrito de San Juan en cobro de honorarios profesionales.

"2. Que en ejecución de dicha sentencia le fueron adjudicados varios pagarés que ahora dicen las querellantes que les pertenecen.

"3. Que las querellantes no habían satisfecho en forma otra alguna honorarios al querellado.

"4. Que si algún derecho consideran las querellantes tener en los pagarés en cuestión o en la finca sobre la cual se constituyó hipoteca, corresponde a ellas recurrir con las acciones apropiadas en las cortes competentes a ejercitar sus alegados derechos.

"5. Que no existe por parte del querellado conducta profesional incorrecta, según le tiende a imputar la querella."

POR CUANTO, este Tribunal ha estudiado la querella y el resultado de la investigación practicada por el Fiscal y está conforme con las conclusiones de este funcionario;

POR TANTO, por la presente se ordena el archivo y sobreseimiento del caso.